UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MICHAEL B. ROTHENBERG, et al.,

Defendants.

Case No. 18-cv-05080-JST

**ORDER RE: PROPOSED CONSENT JUDGMENTS AND LIMITED EXPEDITED DISCOVERY**

Re: ECF Nos. 5, 6, 10

The Court has received the parties' proposed consent judgments. ECF Nos. 5, 6. Based on the current record, the Court cannot determine whether the proposed judgments are "unfair, inadequate, or unreasonable." *S.E.C. v. Randolph*, 736 F.2d 525, 529 (9th Cir. 1984). "Though the court should accord some substantial deference to the agency's determination that the settlement is appropriate, it must not let judicial inertia take hold. The court, rather than blindly following the agency's lead, must make its own inquiry into the issue of reasonableness before entering judgment." *F.T.C. v. Standard Fin. Mgmt. Corp.*, 830 F.2d 404, 408 (1st Cir. 1987) (citing *Randolph*, 736 F.2d at 529). Accordingly, the parties are ordered to file a motion explaining why the Court should approve the proposed judgments.

The Court will set a Telephonic Case Management Conference on September 5, 2018 at 2:00 p.m. (because more than one conference will be set at that time, the conference may not begin precisely at 2:00 p.m.). The purpose of the conference is to discuss case management issues related to the parties' discovery request. Each participant in the call must use a landline and not a mobile phone.

By September 4, 2018 at noon, the parties must file a joint case management conference statement, which must contain a single telephone number that all parties and the Court can use.

For that statement only, the parties should disregard the local rules concerning the content of case management statements. Instead, they should identify the date by which the motion for approval should be filed, the discovery the parties need to take, and the timing of that discovery relative to the motion for approval, as well as any additional issues they believe require discussion.

**IT IS SO ORDERED.**

Dated: August 31, 2018



JON S. TIGAR
United States District Judge