JINA L. CHOI (N.Y. Bar No. 2699718)
C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov
E. BARRETT ATWOOD (Cal. Bar No. 291181)
  atwoode@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
  brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
(617) 573-8900

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL B. ROTHENBERG, et al.,<br><br>   Defendants. | Case No. 3:18-cv-05080-JST<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING LIMITED EXPEDITED DISCOVERY** |

Pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure and Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange Commission ("Commission") and Defendants Michael B. Rothenberg ("Rothenberg") and Rothenberg Ventures LLC (collectively, "Defendants") submit this Stipulation and Proposed Order Permitting Limited Expedited Discovery. The Commission and Defendants (collectively, the "Parties") submit this Stipulation and Proposed Order because they agree

that limited expedited discovery pursuant to Fed. R. Civ. P. 26(d)(1) is warranted.

**<u>STIPULATION</u>**

WHEREAS the Commission filed its Complaint on August 20, 2018 (ECF No. 1), along with the Consent of Michael B. Rothenberg (ECF No. 5) and Proposed Judgment (ECF No. 5-1), and Consent of Rothenberg Ventures LLC (ECF No. 6) and Proposed Judgment (ECF No. 6-1).

WHEREAS in the Consents signed by Defendants and filed by the Commission, Defendants waived service of a summons and the Complaint in this action, entered a general appearance, and admitted the Court's jurisdiction over Defendants and over the subject matter of this action. ECF No. 5 at 2; ECF No. 6 at 2. Defendants, without admitting or denying the allegations of the Complaint except as set forth in the Consents and in the Proposed Judgments, consent to the entry of the Proposed Judgments thereby bifurcating this action pursuant to the Parties' settlements subject to the Court's approval.

WHEREAS pursuant to the Parties' bifurcated settlements, upon entry of the Proposed Judgments and subsequent motion by the Commission, the Court shall determine the amounts of the disgorgement of ill-gotten gains, prejudgment interest thereon, and civil penalties pursuant to Section 209(e)(2)(C) of the Advisers Act, 15 U.S.C. § 80b-9(e)(2)(C). ECF No. 5-1 at 3; ECF No. 6-1 at 3. Pursuant to the Proposed Judgments, the Parties may take discovery, including discovery from appropriate non-parties, in connection with the Commission's motion for disgorgement and civil penalties. ECF Nos. 5-1 at 3, 6-1 at 3.

WHEREAS this Court has issued its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 7) ("CMC Order") setting the Initial Case Management Conference for 2:00 p.m., November 21, 2018, at Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, and setting related deadlines.

WHEREAS the Parties agree that limited expedited discovery pursuant to Fed. R. Civ. P. 26(d)(1) is warranted in order to efficiently and timely obtain information from third parties regarding the assets of Defendants, and the venture capital funds Defendants manage and are at issue in this proceeding. Delaying such discovery until completion of the Fed. R. Civ. P. 26(f) conference and related events pursuant to Civil L.R. 16 and the CMC Order may result in the Parties losing the value of

their bifurcated settlements.

WHEREAS the Declaration of E. Barrett Atwood in Support of this Stipulation and [Proposed] Order Permitting Limited Expedited Discovery (attached as Exhibit 1) is submitted pursuant to Civil Local Rule 6-2.

ACCORDINGLY, IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties that, upon entry of this [Proposed] Order, any Party may issue subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure upon any financial institution where Defendants may have an account or conduct financial transactions. Such subpoenas must be limited in scope to commanding the production of documents or permitting inspection of records and may not be issued pursuant to this Stipulation and [Proposed] Order to command a person to appear for a trial, hearing or deposition. The Parties further stipulate and agree that nothing in this Stipulation and [Proposed] Order shall limit their right to seek additional discovery, including, but not limited to, issuing subpoenas to command a person to appear for a trial, hearing or deposition, pursuant to the timeframes set forth by the Federal Rules of Civil Procedure, Local Rule, or Order of this Court.

DATED: August 27, 2018                    Respectfully submitted,


/s/ *E. Barrett Atwood*
E. Barrett Atwood
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Attorney for Plaintiff


/s/ *Marc J. Fagel*
Marc J. Fagel
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Attorney for Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 5, 2018

IT IS SO ORDERED

Judge Jon S. Tigar

# ATTESTATION

I, E. Barrett Atwood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Permitting Limited Expedited Discovery. I hereby attest that each of the above Parties or their representatives concurs in this filing to the extent indicated.

Dated: August 27, 2018

/s/ *E. Barrett Atwood*
E. Barrett Atwood
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION