1  JINA L. CHOI (N.Y. Bar No. 2699718)
   C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
2  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
     schneidere@sec.gov
3  JEREMY E. PENDREY (Cal. Bar No. 187075)
     pendreyj@sec.gov
4  E. BARRETT ATWOOD (Cal. Bar No. 291181)
     atwoode@sec.gov
5  ANDREW J. HEFTY (Cal. Bar No. 220450)
     heftya@sec.gov
6  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2800
7  San Francisco, CA 94104
   T: (415) 705-2500
8  F: (415) 705-2501

9  ERIC M. BROOKS (Cal. Bar No. 209153)
     brookse@sec.gov
10 SECURITIES AND EXCHANGE COMMISSION
   33 Arch Street, 23rd Floor
11 Boston, MA 02110-1424
   (617) 573-8900

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>Defendants. | Case No. 3:18-cv-05080-JST<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS<br><br>DATE: November 28, 2018<br><br>TIME: 2:00 p.m.<br><br>Location: Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102<br><br>Honorable Jon S. Tigar |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

      Early Neutral Evaluation (ENE) (ADR L.R. 5)

      Mediation (ADR L.R. 6)

X    Early Settlement Conference with a Magistrate Judge (ADR L.R. 7)

      Private ADR (specify process and provider)

The parties agree to hold the ADR session by:

      the presumptive deadline (90 days from the date of the order referring the case to ADR)

X    other requested deadline: <u>After the close of expert discovery and prior to the deadline for the filing of Plaintiff's motion for disgorgement and penalties, provided that the parties may stipulate to and jointly request an earlier date</u>.

Dated: November 14, 2018          Respectfully submitted,

/s/ *E. Barrett Atwood*
E. Barrett Atwood
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ *Marc J. Fagel*
Marc J. Fagel
GIBSON, DUNN & CRUTCHER
555 Mission Street, Suite 3000
San Francisco, CA 94105

Attorney for Defendants
Michael B. Rothenberg and Rothenberg Ventures LLC

| | | |
|---|---|---|
| 1 | X | IT IS SO ORDERED |
| 2 | | IT IS SO ORDERED WITH MODIFICATIONS: |

DATE: \_\_\_November 15\_\_\_, 2018

_____
Hon. Jon S. Tigar