UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL B. ROTHENBERG, et al.,

    Defendants.

Case No. 18-cv-05080-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings[1] | December 7, 2018 |
| Fact discovery cut-off | April 1, 2019 |
| Expert disclosures | April 23, 2019 |
| Expert discovery cut-off | June 3, 2019 |
| SEC motion to determine amounts of disgorgement and civil monetary penalties due | July 1, 2019 |
| Defendants' opposition | July 22, 2019 |
| SEC reply | August 1, 2019 at 2:00 p.m. |

---

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Motion hearing | August 29, 2019 at 2:00 p.m. |

The August 29, 2019 hearing will not be an evidentiary hearing unless the Court later orders otherwise.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Deadlines and hearing dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above dates as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: November 28, 2019



JON S. TIGAR
United States District Judge