1  C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2    schneidere@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
3    pendreyj@sec.gov
   E. BARRETT ATWOOD (Cal. Bar No. 291181)
4    atwoode@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
5    heftya@sec.gov
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
7  T: (415) 705-2500
   F: (415) 705-2501
8
   ERIC M. BROOKS (Cal. Bar No. 209153)
9    brookse@sec.gov
   SECURITIES AND EXCHANGE COMMISSION
10 33 Arch Street, 23rd Floor
   Boston, MA 02110-1424
11 (617) 573-8900

12
13
14                         UNITED STATES DISTRICT COURT
15                        NORTHERN DISTRICT OF CALIFORNIA
16                              SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18  SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST-DMR |
| 19         Plaintiff, | **STIPULATION AND ORDER TO** |
| 20         vs. | **CONTINUE SETTLEMENT CONFERENCE** |
| 21  MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a | Honorable Jon S. Tigar |
| 22  FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES | Honorable Donna M. Ryu |
| 23  MANAGEMENT COMPANY, LLC), | CURRENT DATE/TIME: June 7, 2019 at 11:00 a.m. |
| 24         Defendants. | PROPOSED DATE/TIME: June 14, 2019 at 11:00 a.m. |
| 25 | PLACE: Courtroom 4, 3rd Floor, |
| 26 | U.S. District Court, 1301 Clay Street, Oakland, CA |
| 27 | |

28

1    WHEREAS, pursuant to the Court's Settlement Conference Order (ECF No. 37) ("Order"), the parties are required to attend an in-person Settlement Conference on June 7, 2019, at 11:00 a.m. before Magistrate Judge Ryu;

WHEREAS, the Order requires Plaintiff Securities and Exchange Commission ("SEC"), a governmental entity, to designate a member or a senior executive to appear at the Settlement Conference with authority to participate in the Settlement Conference and, if a tentative settlement agreement is reached, to recommend the agreement to the SEC for its approval;

WHEREAS, the senior officer authorized to attend the Settlement Conference on behalf of the SEC, Dabney O'Riordan, was designated after the telephonic conference with the Court scheduling the Settlement Conference;

WHEREAS, Ms. O'Riordan will be traveling prior to the Settlement Conference and will not be available to attend in person on June 7, 2019;

WHEREAS, the parties have met and conferred and are able to participate in person at the Settlement Conference on any day the week of June 10, 2019;

WHEREAS, the parties have not previously sought a modification of the time for any deadlines related to the Settlement Conference or Order;

ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that the Settlement Conference shall be moved to Friday, June 14, 2019, at 11 a.m. (or any day during the week of June 10, 2019, or as soon thereafter as the Court's schedule shall allow), and the parties will file or lodge the required settlement papers ten (10) calendar days in advance of the rescheduled Settlement Conference as set forth in the Order.

IT IS SO STIPULATED.

Dated: January 10, 2019               Respectfully submitted,

/s/  *E. Barrett Atwood*
E. Barrett Atwood
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ *Marc J. Fagel*
Marc J. Fagel
GIBSON, DUNN & CRUTCHER
555 Mission Street, Suite 3000
San Francisco, CA 94105
Attorney for Defendants
Michael B. Rothenberg and Rothenberg Ventures LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 10, 2019

_____
Hon. Donna M. Ryu
UNITED STATES MAGISTRIATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

## ATTESTATION

I, E. Barrett Atwood, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing.

Dated: January 10, 2019

    /s/ *E. Barrett Atwood*
E. Barrett Atwood
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION