1  C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2    schneidere@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
3    pendreyj@sec.gov
   E. BARRETT ATWOOD (Cal. Bar No. 291181)
4    atwoode@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
5    heftya@sec.gov
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
7  T: (415) 705-2500
   F: (415) 705-2501
8
   ERIC M. BROOKS (Cal. Bar No. 209153)
9    brookse@sec.gov
   SECURITIES AND EXCHANGE COMMISSION
10 33 Arch Street, 23rd Floor
   Boston, MA 02110-1424
11 (617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>Defendants. | Case No. 3:18-cv-05080-JST-DMR<br><br>**STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

## 1. PURPOSE

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

## 2. COOPERATION

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

## 3. LIAISON

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

## 4. PRESERVATION

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

a) Only ESI created since November 1, 2013, will be preserved;

b) The parties have exchanged a list of the types of ESI they believe should be preserved and the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved, e.g., "HR head," "scientist," and "marketing manager." The parties shall add or remove custodians as reasonably necessary;

c) The parties have agreed on the number of custodians per party for whom ESI will be preserved;

d) Among the sources of data the parties agree are not reasonably accessible, the parties agree not to preserve the following: backup media created before November 1, 2013, digital voicemail, instant messaging, and automatically saved versions of documents; and

e) In addition to the agreements above, the parties agree data from these sources (a)

could contain relevant information but (b) under the proportionality factors, should not be preserved: backup media created before November 1, 2013, digital voicemail, instant messaging, and automatically saved versions of documents.

## 5. SEARCH

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

## 6. PRODUCTION FORMATS

The parties agree to produce documents in ☒ PDF, ☒TIFF, ☒native and/or ☐paper or a combination thereof (check all that apply) file formats. The default production format will be TIFF with OCR text and metadata load files, and, if available, native files for files from Microsoft Excel, Microsoft Access, and/or QuickBooks. PDF and/or paper formats will be produced only if specifically requested or not otherwise available in another format. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

## 7. PHASING

When a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, the parties agree to phase the production of ESI and the initial production will be from the following sources and custodians: Rothenberg Ventures, Michael Rothenberg, Burke Robinson, and J.R. Eppler. Following the initial production, the parties will continue to prioritize the order of subsequent productions.

## 8. DOCUMENTS PROTECTED FROM DISCOVERY

a) Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

b) The parties have agreed upon a "quick peek" process pursuant to Fed. R. Civ. P. 26(b)(5) and reserve rights to assert privilege as set forth in their Stipulated Protective Order dated December 14, 2018 (ECF No. 34).

    c) Communications involving counsel retained or employed for purposes of this investigation and litigation need not be placed on a privilege log. Communications may be identified on a privilege log by category, rather than individually, if appropriate.

## 9. MODIFICATION

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**IT IS SO STIPULATED**, through Counsel of Record.


Dated: January 17, 2019             /s/ *E. Barrett Atwood*
                                                E. Barrett Atwood
                                                Andrew J. Hefty
                                                Eric M. Brooks

                                                Attorneys for Plaintiff
                                                SECURITIES AND EXCHANGE COMMISSION


                                                /s/ *Marc J. Fagel*
                                                Marc J. Fagel
                                                GIBSON, DUNN & CRUTCHER
                                                555 Mission Street, Suite 3000
                                                San Francisco, CA 94105

                                                Attorney for Defendants Michael B. Rothenberg
                                                and Rothenberg Ventures LLC


## ATTESTATION

I, E. Barrett Atwood, am the ECF User whose identification and password are being used to file this Stipulated Order re: Discovery of Electronically Stored Information. I hereby attest that each of the above Parties or their representatives concurs in this filing to the extent indicated.

Dated: January 17, 2019             /s/ *E. Barrett Atwood*
                                                  E. Barrett Atwood
                                                Attorney for Plaintiff
                                                SECURITIES AND EXCHANGE COMMISSION

1     **IT IS ORDERED** that the forgoing Agreement is approved.

Dated: January 18, 2019

_____
Hon. Jon S. Tigar
United States District Judge