1  C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2    schneidere@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
3    pendreyj@sec.gov
   E. BARRETT ATWOOD (Cal. Bar No. 291181)
4    atwoode@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
5    heftya@sec.gov
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
7  T: (415) 705-2500
   F: (415) 705-2501
8
9  ERIC M. BROOKS (Cal. Bar No. 209153)
     brookse@sec.gov
10 SECURITIES AND EXCHANGE COMMISSION
   33 Arch Street, 23rd Floor
   Boston, MA 02110-1424
11 (617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>Defendants. | Case No. 3:18-cv-05080-JST-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY LITIGATION**<br><br>Honorable Jon S. Tigar<br>Honorable Donna M. Ryu<br><br>HEARING: August 29, 2019 at 2:00 p.m., Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA |

| | |
|---|---|
| 1 | WHEREAS, pursuant to the Court's Scheduling Order (ECF No. 30) ("Scheduling Order"), the |
| 2 | parties are to complete fact discovery by April 1, 2019, exchange expert disclosures on April 23, 2019, |
| 3 | and complete expert discovery by June 3, 2019, and Plaintiff Securities and Exchange Commission (the |
| 4 | "SEC") is to file its motion to determine amounts of disgorgement and civil monetary penalties due |
| 5 | ("SEC's Motion") by July 1, 2019; |
| 6 | WHEREAS, pursuant to the Scheduling Order, the hearing on the SEC's Motion is set for |
| 7 | August 29, 2019, at 2:00 p.m.; |
| 8 | WHEREAS, pursuant to the Court's Settlement Conference Order (ECF No. 41) ("Settlement |
| 9 | Conference Order"), the parties are required to attend an in-person Settlement Conference on June 14, |
| 10 | 2019, at 11:00 a.m. before Magistrate Judge Ryu, and also have a settlement conference call on February |
| 11 | 21, 2019 (ECF No. 40); |
| 12 | WHEREAS, the SEC served written discovery on Defendants Michael B. Rothenberg and |
| 13 | Rothenberg Ventures LLC ("Defendants") on December 18, 2018, and Defendants' responses are due |
| 14 | January 17, 2019; |
| 15 | WHEREAS, Defendants served written discovery on the SEC on January 5, 2019, and the SEC's |
| 16 | responses are due February 4, 2019; |
| 17 | WHEREAS, on January 14, 2019, Defendants requested a 30-day extension of time to respond |
| 18 | to the SEC's written discovery on the basis of (i) travel conflicts during the December holidays, (ii) |
| 19 | counsel for Defendants, Marc Fagel, subsequently announcing his forthcoming retirement, and (iii) |
| 20 | Defendants are now seeking new counsel; |
| 21 | WHEREAS, due to a lapse in appropriations, the SEC shut down as of December 27, 2018, and |
| 22 | most personnel have been furloughed, and are prohibited from working except in very limited |
| 23 | circumstances; |
| 24 | WHEREAS, the parties previously sought one modification of the time for deadlines related to |
| 25 | the Settlement Conference (*see* ECF No. 39) and have not sought any modifications of the Scheduling |
| 26 | Order; |
| 27 | ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that |
| 28 | the current deadlines for responses to written discovery are extended by 30 days, and for the foregoing |

reasons, the parties respectfully stipulate to and request the Court stay this case until the shutdown ends, at which time the SEC suggests that the parties meet and confer to determine whether to propose a revised Civil Case Management Plan and Scheduling Order, and whether to propose modifications to the Settlement Conference Order, within seven (7) days of the SEC reopening.

IT IS SO STIPULATED.

Dated: January 17, 2019                    Respectfully submitted,


/s/ *E. Barrett Atwood*
E. Barrett Atwood
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Marc J. Fagel*
Marc J. Fagel
GIBSON, DUNN & CRUTCHER
555 Mission Street, Suite 3000
San Francisco, CA 94105
Attorney for Defendants
Michael B. Rothenberg and Rothenberg Ventures LLC


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: January 18, 2019

Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, E. Barrett Atwood, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing.

Dated: January 17, 2019      /s/ *E. Barrett Atwood*
E. Barrett Atwood
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION