| | |
|---|---|
| 1 | C. DABNEY O'RIORDAN (Cal. Bar No. 205158) |
| | ERIN E. SCHNEIDER (Cal. Bar No. 216114) |
| 2 | schneidere@sec.gov |
| | JEREMY E. PENDREY (Cal. Bar No. 187075) |
| 3 | pendreyj@sec.gov |
| | E. BARRETT ATWOOD (Cal. Bar No. 291181) |
| 4 | atwoode@sec.gov |
| | ANDREW J. HEFTY (Cal. Bar No. 220450) |
| 5 | heftya@sec.gov |
| | SECURITIES AND EXCHANGE COMMISSION |
| 6 | 44 Montgomery Street, Suite 2800 |
| | San Francisco, CA 94104 |
| 7 | T: (415) 705-2500 |
| | F: (415) 705-2501 |
| 8 | |
| 9 | ERIC M. BROOKS (Cal. Bar No. 209153) |
| | brookse@sec.gov |
| 10 | SECURITIES AND EXCHANGE COMMISSION |
| | 33 Arch Street, 23rd Floor |
| 11 | Boston, MA 02110-1424 |
| | (617) 573-8900 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST-DMR |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER** |
| vs. | Honorable Jon S. Tigar |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), | Honorable Donna M. Ryu |
| | HEARING: August 29, 2019 at 2:00 p.m., Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS, pursuant to the Court's Scheduling Order (ECF No. 30) ("Scheduling Order"), the |
| 2 | parties are to complete fact discovery by April 1, 2019, exchange expert disclosures on April 23, 2019, |
| 3 | and complete expert discovery by June 3, 2019, and Plaintiff Securities and Exchange Commission (the |
| 4 | "SEC") is to file its motion to determine amounts of disgorgement and civil monetary penalties due |
| 5 | ("SEC's Motion") by July 1, 2019; |
| 6 | WHEREAS, pursuant to the Scheduling Order, the hearing on the SEC's Motion is set for |
| 7 | August 29, 2019, at 2:00 p.m.; |
| 8 | WHEREAS, pursuant to the Court's Settlement Conference Order (ECF No. 41) ("Settlement |
| 9 | Conference Order"), the parties are required to attend an in-person Settlement Conference on June 14, |
| 10 | 2019, at 11:00 a.m. before Magistrate Judge Ryu, and also have a settlement conference call on February |
| 11 | 21, 2019 (ECF No. 40); |
| 12 | WHEREAS, on January 17, 2019, the parties stipulated and jointly requested the Court to |
| 13 | temporarily stay the case because counsel for Defendants, Marc Fagel, is retiring and Defendants are |
| 14 | seeking new counsel, and the SEC was shut down as of December 27, 2018, due to a lapse in |
| 15 | appropriations; |
| 16 | WHEREAS, the Court granted the parties' request and entered an Order (ECF No. 44) |
| 17 | temporarily staying the case until the shutdown ended, at which time the parties were to meet and confer |
| 18 | to determine whether to propose a revised Civil Case Management Plan and Scheduling Order, and |
| 19 | whether to propose modifications to the Settlement Conference Order, within seven (7) days of the SEC |
| 20 | reopening; |
| 21 | WHEREAS, appropriations were enacted on January 25, 2019, and the SEC returned to normal |
| 22 | operations on January 28, 2019; |
| 23 | WHEREAS, counsel for Defendants, Marc Fagel, is retiring this month and Defendants are |
| 24 | continuing to look for new counsel; |
| 25 | ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that |
| 26 | they respectfully request the Court to modify the Scheduling Order by extending the Scheduling Order |
| 27 | by 30 days or as otherwise noted below: |
| 28 | |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Fact discovery cut-off | April 1, 2019 | May 1, 2019 |
| Expert disclosures | April 23, 2019 | May 23, 2019 |
| Expert discovery cut-off | June 3, 2019 | July 3, 2019 |
| SEC's Motion | July 1, 2019 | July 31, 2019 |
| Defendants' opposition | July 22, 2019 | August 21, 2019 |
| SEC reply | August 1, 2019 at 2:00 p.m. | September 4, 2019 at 2:00 p.m. |
| Motion hearing | August 29, 2019 at 2:00 p.m. | October 3, 2019 at 2:00 p.m. |

It is further STIPULATED by and between the undersigned parties that they respectfully request the Court to vacate the Settlement Scheduling Order and conduct a telephonic scheduling conference on February 21, 2019, at 11:00 a.m. before Magistrate Judge Ryu, to discuss dates for the Settlement Conference and any related deadlines.

IT IS SO STIPULATED.

Dated: February 4, 2019          Respectfully submitted,


/s/ *E. Barrett Atwood*
E. Barrett Atwood
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Marc J. Fagel*
Marc J. Fagel
GIBSON, DUNN & CRUTCHER
555 Mission Street, Suite 3000
San Francisco, CA 94105
Attorney for Defendants
Michael B. Rothenberg and Rothenberg Ventures LLC

1 **[PROPOSED]** ORDER

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
5 DATED: February 5, 2019

_[signature]_
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

## **ATTESTATION**

I, E. Barrett Atwood, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing.


Dated: February 4, 2019         /s/ *E. Barrett Atwood*
                                E. Barrett Atwood
                                Attorney for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION