United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7   SECURITIES AND EXCHANGE
    COMMISSION,

8                  Plaintiff,

9          v.

10  MICHAEL B. ROTHENBERG, et al.,

11                 Defendants.

12

Case No. 18-cv-05080-JST

**ORDER RE: MOTION FOR LEAVE TO
FILE MOTION TO WITHDRAW IN
CAMERA AND TO SHORTEN TIME**

Re: ECF No. 50

13          Before the Court is Gibson, Dunn & Crutcher's unopposed administrative motion for leave

14  to submit in camera to an unopposed motion to withdraw as counsel for Defendant Michael B.

15  Rothenberg and to shorten time on the motion to withdraw.  ECF No. 50.  Pursuant to Civil Local

16  Rule 72-1, this matter is referred to a magistrate judge.

17          **IT IS SO ORDERED.**

18  Dated: February 13, 2019



19                                                              JON S. TIGAR
20                                                      United States District Judge

21

22

23

24

25

26

27

28