GIBSON, DUNN & CRUTCHER LLP
MARC J. FAGEL, SBN 154425
mfagel@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*
MICHAEL B. ROTHENBERG AND
ROTHENBERG VENTURES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), <br><br> Defendants. | CASE NO. 3:18-CV-05080-JST <br><br> [PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNOPPOSED MOTION TO WITHDRAW IN CAMERA AND SHORTEN TIME** <br><br> Hon. Jon S. Tigar <br><br> Action Filed: August 20, 2018 |

**[PROPOSED] ORDER**

On February 12, 2019, Gibson, Dunn & Crutcher, counsel for Defendant Michael B. Rothenberg, filed an unopposed administrative motion to submit its unopposed Motion to Withdraw from representation of Michael B. Rothenberg in camera. In camera review of information pertaining to a motion to withdraw is an appropriate means of preventing potential prejudice to a client and safeguarding sensitive information. *See, e.g.*, *See, e.g., Carrillo v. Target Corp.*, No. C 17-05693 WHA, 2018 WL 1696876, at *2 (N.D. Cal. Apr. 6, 2018) (granting motion to withdraw following "an *in camera* conference with plaintiff and [counsel] in which [counsel] elaborated on the reasons for his request to withdraw as counsel"); *BSD, Inc. v. Equilon Enterprises, LLC*, No. C 10-5223 SBA, 2013 WL 942578, at *3 (N.D. Cal. Mar. 11, 2013) (denying motion to withdraw without prejudice and noting that if counsel "determines that it cannot adequately explain how [the client's] conduct has rendered it unreasonably difficult for it to carry out the employment effectively without revealing attorney-client privileged matters, [counsel] may request to file its motion under seal or an in camera hearing"); *Steel v. City of San Diego*, No. 09-CV-1743-MMA (WVG), 2011 WL 13161229, at *1 (S.D. Cal. Dec. 7, 2011) (granting motion to withdraw "based on counsel's sworn statement that the interactions between Plaintiff and counsel's office have made it unreasonably difficult to carry out his employment effectively," and noting that "[i]n order to avoid prejudice to his client, counsel does not state the specific reasons for this requested withdraw but is willing to do so *in camera* if necessary"); *Doe v. Kaweah Delta Hosp.*, No. 1:08-CV-0118-AWI DLB, 2009 WL 1324764, at *2 (E.D. Cal. May 12, 2009) ("Following an *in camera* hearing and inspection of documents, the motion to withdraw as counsel of record is GRANTED.").

Plaintiff does not oppose the request to file the Motion to Withdraw in Camera. Accordingly, Gibson Dunn's administrative motion to file its Motion to Withdraw in Camera is GRANTED.

Gibson Dunn's Administrative Motion further requests that this court shorten time to hear the unopposed Motion to Withdraw in camera. The request to shorten time is also GRANTED because neither Plaintiff nor Defendant Michael B. Rothenberg opposes the Motion to Withdraw.

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNOPPOSED MOTION TO WITHDRAW IN CAMERA AND SHORTEN TIME - CASE NO. 3:18-CV-05080-JST

Gibson Dunn is ordered to lodge its Motion to Withdraw in camera with this Court. The Court will decide that Motion forthwith.

**IT IS SO ORDERED.**

DATED: February 13, 2019

LAUREL BEELER

United States Magistrate Judge

3

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNOPPOSED MOTION TO WITHDRAW IN CAMERA AND SHORTEN TIME - CASE NO. 3:18-CV-05080-JST