GIBSON, DUNN & CRUTCHER LLP
MARC J. FAGEL, SBN 154425
mfagel@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*
MICHAEL B. ROTHENBERG AND
ROTHENBERG VENTURES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>Defendants. | CASE NO. 3:18-CV-05080-JST<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL B. ROTHENBERG; DECLARATION OF MARC J. FAGEL; AND PROPOSED ORDER**<br><br>**[LODGED IN CAMERA PURSUANT TO COURT ORDER]**<br><br>Hon. Laurel Beeler<br><br>Hearing:<br>Date: February 21, 2019<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Ave., San Francisco, California, Courtroom B—15th floor<br><br>Action Filed: August 20, 2018 |

Gibson, Dunn & Crutcher LLP

NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW; DECLARATION OF MARC J. FAGEL; AND PROPOSED ORDER
CASE NO. 3:18-CV-05080-JST

# I. MANUAL FILING NOTIFICATION

This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

This filing is not being served on all parties to this litigation because of the Court's order, ECF No. 52, permitting it to be lodged in camera. This filing will be served on Defendant Michael B. Rothenberg shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Unable to Scan Documents

___ Physical Object (please describe):

___ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal in Criminal Case

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_X_ Other (please describe): Court order, ECF No. 52, permitting the motion and accompanying declaration to be filed in camera only.

Dated: February 15, 2019

GIBSON, DUNN & CRUTCHER LLP.

By:   /s/ *Marc J. Fagel*
        Marc J. Fagel

*Attorneys for Defendants*

2
NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW; DECLARATION OF MARC J. FAGEL;
AND PROPOSED ORDER
CASE NO. 3:18-CV-05080-JST

Gibson, Dunn & Crutcher LLP