JAHAN P. RAISSI, SBN 168599
jraissi@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone: 415-773-7219
Facsimile: 415-421-2922

*Attorney for Defendant*
ROTHENBERG VENTURES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintif,<br><br>    v.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>        Defendants. | CASE NO. 3:18-CV-05080-JST<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ROTHENBERG VENTURES LLC; [PROPOSED] ORDER**<br><br>Hon. Jon S. Tigar<br><br>Action Filed: August 20, 2018 |

To the Clerk of this Court and all parties and their counsel of record:

Please take notice that Defendant Rothenberg Ventures LLC has retained Shartsis Friese LLP to substitute as counsel for Gibson, Dunn & Crutcher LLP in the above-captioned matter.  Pursuant to Local Civil Rules 5-1(c)(2)(E) and 11-5(a), counsel requests an order from this Court permitting withdrawal and substitution as to Defendant Rothenberg Ventures LLC only.

Withdrawing counsel for Defendant Rothenberg Ventures LLC are:

MARC J. FAGEL, SBN 154425
mfagel@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Therefore, all pleadings, orders, and other notices should hereafter be served upon the following, substituted counsel for Rothenberg Ventures LLC:

JAHAN P. RAISSI, SBN 168599
jraissi@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone:  415-773-7219
Facsimile:  415-421-2922

The undersigned parties consent to the above withdrawal and substitution of counsel.

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ROTHENBERG
VENTURES LLC; [PROPOSED] ORDER
CASE NO. 3:18-CV-05080-JST

Dated: February 22, 2019

ROTHENBERG VENTURES LLC

By:   /s/ J.R. Eppler
       J.R. Eppler, Manager

Dated: February 22, 2019

GIBSON, DUNN & CRUTCHER LLP.

By:   /s/ Marc J. Fagel
       Marc J. Fagel

Dated: February 22, 2019

SHARTSIS FRIESE LLP

By:   /s/ Jahan P. Raissi
       Jahan P. Raissi

## DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

Dated: February 22, 2019

SHARTSIS FRIESE LLP

By:   /s/ Jahan P. Raissi
       Jahan P. Raissi

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is as to Defendant Rothenberg Ventures LLC is approved and so ORDERED.

Dated: February ___, 2019

_____

Judge Jon S. Tigar
United States District Judge

11204\001\8348497.v1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ROTHENBERG
VENTURES LLC; [PROPOSED] ORDER
CASE NO. 3:18-CV-05080-JST