GIBSON, DUNN & CRUTCHER LLP
MARC J. FAGEL, SBN 154425
mfagel@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*
MICHAEL B. ROTHENBERG AND
ROTHENBERG VENTURES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>        Defendants. | CASE NO. 3:18-CV-05080-JST<br><br>**PROOF OF SERVICE**<br><br>Hon. Laurel Beeler<br><br><u>Hearing:</u><br>Date: March 7, 2019<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Ave., San Francisco, California, Courtroom B—15th floor<br><br>Action Filed: August 20, 2018 |

# DECLARATION OF SERVICE

I, Elizabeth Dooley, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105, in said County and State. On March 4, 2019, I served the following document(s):

**CLERK'S NOTICE RESETTING STATUS CONFERENCE TIME**

on the parties stated below, by the following means of service:

**Defendant, Michael B. Rothenberg:**

Michael B. Rothenberg

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, the documents were sent to the persons at the electronic notification addresses as shown above.

☑ **(FEDERAL)**          I declare under penalty of perjury that the foregoing is true and correct.


Dated:  March 5, 2019                By:     */s/ Elizabeth A. Dooley*
                                             Elizabeth A. Dooley