UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. ROTHENBERG and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY LLC),<br><br>Defendants. | Case No. 18-cv-05080-JST (LB)<br><br>**ORDER TO SHOW CAUSE** |

On February 22, 2019, the court granted previous counsel's motion to withdraw from representing the defendant Michael B. Rothenberg, set a further status hearing for March 7, 2019, ordered Mr. Rothenberg to file a notice of substitute counsel by then or appear *pro se*, and ordered Mr. Rothenberg to appear in person at the March 7 status hearing.[1] Mr. Rothenberg did not appear.

The court sets a further status hearing for March 21, 2019 at 9:30 a.m. and again orders Mr. Rothenberg to appear at the hearing, either through a new lawyer or in person if he has not been

---

[1] Order – ECF No. 60. Citations refer to material in the electronic case file ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents. New counsel has appeared for the defendant Rothenberg Ventures, LLC. ECF No. 58.

ORDER – No. 18-cv-05080-JST (LB)

able to hire a lawyer yet. If he does not, he risks sanctions, including monetary sanctions or ultimately, if he does not participate in his litigation, a terminating sanction in the form of a default judgment against him.

If Mr. Rothenberg files a notice of substitute counsel or a notice that he will represent himself, the court will vacate the March 21 hearing. If no notice is filed, Mr. Rothenberg must appear in person on March 21, 2019 at 9:30 a.m. in Courtroom B, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102.

Under Civil Local Rule 11-5(b), withdrawing counsel must send all filings in the case — including a copy of this order — to Mr. Rothenberg until substitute counsel appears or Mr. Rothenberg appears *pro se*.

**IT IS SO ORDERED.**

Dated: March 7, 2019

LAUREL BEELER
United States Magistrate Judge