1  GIBSON, DUNN & CRUTCHER LLP
   BENJAMIN WAGNER, SBN 163581
2  bwagner@gibsondunn.com
   ELIZABETH A. DOOLEY, SBN 292358
3  edooley@gibsondunn.com
   555 Mission Street, Suite 3000
4  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
5  Facsimile: 415.393.8306

6  *Withdrawn attorneys for Defendant*
   MICHAEL B. ROTHENBERG

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), <br><br> Defendants. | CASE NO. 3:18-CV-05080-JST <br><br> **DECLARATION OF ELIZABETH A. DOOLEY RE SERVICE** <br><br> Hon. Laurel Beeler <br><br> Hearing: <br> Date: March 21, 2019 <br> Time: 9:30 a.m. <br> Place: 450 Golden Gate Ave., San Francisco, California, Courtroom B—15th floor <br><br> Action Filed: August 20, 2018 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF ELIZABETH A. DOOLEY RE SERVICE
CASE NO. 3:18-CV-05080-JST

**DECLARATION OF ELIZABETH A. DOOLEY**

I, Elizabeth A. Dooley, hereby declare as follows:

I am an attorney duly admitted to practice before this Federal District Court and all of the Courts of the State of California.  I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, former attorneys of record for Defendant Michael B. Rothenberg in the above-captioned action.  I offer this declaration pursuant to Civil Local Rule 11-5(b) to clarify for the Court that Mr. Rothenberg has confirmed receipt of this Court's March 7, 2019 Order to Show Cause, ECF No. 67.  I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

1. On Friday March 8, 2019, I emailed a PDF of this Court's Order to Show Cause, ECF No. 67, to Mr. Rothenberg and asked that he confirm receipt in writing.   In the body of the email, I also informed Mr. Rothenberg that: "The Order requires you to appear at a hearing on March 21 at 9:30 a.m."

2. Later on Friday March 8, 2019, Mr. Rothenberg confirmed receipt of the Order and my email by responding via email.

Dated: March 14, 2019

GIBSON, DUNN & CRUTCHER LLP.

By:   /s/ *Elizabeth A. Dooley*
         Elizabeth A. Dooley

*Withdrawn Attorney for Defendant*

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105, in said County and State. March 14, 2019, I served the following document(s):

**DECLARATION OF ELIZABETH A. DOOLEY RE SERVICE (ORDER TO SHOW CAUSE – ECF NO. 67)**

on the parties stated below, by the following means of service:

**Defendant, Michael B. Rothenberg:**

Michael B. Rothenberg

- ☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

- ☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, the documents were sent to the persons at the electronic notification addresses as shown above.

- ☑ I am employed in the office of Elizabeth A. Dooley, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

- ☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 14, 2019          By:   */s/ Robin McBain*
                                      Robin McBain