UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiffs,<br><br>v.<br><br>MICHAEL B. ROTHENBERG, et al.,<br><br>           Defendants. | Case No.: 18-cv-05080-JST  (LB)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 3/21/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Michael B. Rothenberg
712 Bryant Street, Unit 6
San Francisco, CA 94107
mrothenberg@rothenberg.com

Dated: 3/21/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Elaine Kabiling, Deputy Clerk to the
Honorable Laurel Beeler