UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. ROTHENBERG, et al.,<br><br>Defendants. | Case No. 18-cv-05080-JST<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF**<br><br>Re: ECF No. 73 |

The Court has received the parties' joint discovery letter brief. ECF No. 73. The Securities and Exchange Commission is ordered to file a copy of its First Set of Requests for Production of Documents and First Set of Interrogatories to Defendant Rothenberg by April 26, 2019. The Court will act upon the parties' joint discovery letter brief when it has received those documents.

**IT IS SO ORDERED.**

Dated: April 22, 2019

JON S. TIGAR
United States District Judge