| | |
|---|---|
| 1 | C. DABNEY O'RIORDAN (Cal. Bar No. 205158) |
| 2 | ERIN E. SCHNEIDER (Cal. Bar No. 216114)<br>  schneidere@sec.gov |
| 3 | JEREMY E. PENDREY (Cal. Bar No. 187075)<br>  pendreyj@sec.gov |
| 4 | E. BARRETT ATWOOD (Cal. Bar No. 291181)<br>  atwoode@sec.gov |
| 5 | ANDREW J. HEFTY (Cal. Bar No. 220450)<br>  heftya@sec.gov |
| 6 | SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 2800 |
| 7 | San Francisco, CA 94104<br>T: (415) 705-2500 |
| 8 | F: (415) 705-2501 |
| 9 | ERIC M. BROOKS (Cal. Bar No. 209153)<br>  brookse@sec.gov |
| 10 | SECURITIES AND EXCHANGE COMMISSION<br>33 Arch Street, 23rd Floor |
| 11 | Boston, MA 02110-1424<br>(617) 573-8900 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST-DMR |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), | |
| Defendants. | |

I, Gem Mil J. Langit, am a citizen of the United States, over 18 years of age and not a party to this action. On April 23, 2019, I served the following document:

- ORDER RE JOINT DISCOVERY LETTER BRIEF

via email and regular mail on the following:

>Mike Rothenberg
>712 Bryant Street, Unit 6
>San Francisco, CA  94107
>(415) 761-1062
>mrothenberg@rothenberg.co

I declare under penalty of perjury that the statements made above are true and correct.

Dated:  April 23, 2019                               Respectfully submitted,

                                           /s/ *Gem Mil Langit*
                                          Gem Mil J. Langit
                                            Paralegal Contractor

                                            SECURITES AND EXCHANGE COMMISSION