C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov
E. BARRETT ATWOOD (Cal. Bar No. 291181)
  atwoode@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
  brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
(617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST-DMR |
| Plaintiff, | |
| vs. | **SEC'S PROOF OF SERVICE** |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") hereby files its proof of service of the following documents:

- ORDER RE JOINT DISCOVERY LETTER BRIEF; and
- MINUTE ENTRY (ECF NO. 77)

on *pro se* Defendant Michael B. Rothenberg.

Dated: May 2, 2019

Respectfully submitted,

/s/ *E. Barrett Atwood*
E. Barrett Atwood
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
Securities and Exchange Commission

**DECLARATION OF SERVICE**

I, Gem Mil J. Langit, am a citizen of the United States, over 18 years of age and not a party to this action. On May 2, 2019, I served the following documents:

- ORDER RE JOINT DISCOVERY LETTER BRIEF; and

- MINUTE ENTRY (ECF NO. 77)

via email and regular mail on the following:

> Mike Rothenberg
> 712 Bryant Street, Unit 6
> San Francisco, CA  94107
> (415) 761-1062
> mrothenberg@rothenberg.co

I declare under penalty of perjury that the statements made above are true and correct.

Dated:  May 2, 2019

 /s/ *Gem Mil Langit*
Gem Mil J. Langit