C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov
E. BARRETT ATWOOD (Cal. Bar No. 291181)
  atwoode@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
  brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
(617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST |
| Plaintiff, | **SEC'S PROOF OF SERVICE** |
| vs. | |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") hereby files its proof of service of the ORDER COMPELLING DEFENDANT MICHAEL B. ROTHENBERG TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS [ECF No. 79] on *pro se* Defendant Michael B. Rothenberg.

Dated: May 10, 2019

Respectfully submitted,

/s/ *Andrew J. Hefty*
Andrew J. Hefty
E. Barrett Atwood
Eric M. Brooks

Attorneys for Plaintiff
Securities and Exchange Commission

Case 3:18-cv-05080-JST   Document 80   Filed 05/10/19   Page 3 of 3

**DECLARATION OF SERVICE**

1 | 
2 | I, John Stearns, am a citizen of the United States, over 18 years of age and not a party to this action. On May 10, 2019, I served the following document:

- ORDER COMPELLING DEFENDANT MICHAEL B. ROTHENBERG TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS [ECF No. 79]

via regular mail and email on the following:

> Mike Rothenberg
> 712 Bryant Street, Unit 6
> San Francisco, CA  94107
> (415) 761-1062
> mrothenberg@rothenberg.co

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California, on May 10, 2019.

/s/ *John Stearns*
John Stearns

*SEC v. Rothenberg, et al.*
Case No. 3:18-cv-05080-JST