1   C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
    ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2     schneidere@sec.gov
    JEREMY E. PENDREY (Cal. Bar No. 187075)
3     pendreyj@sec.gov
    ANDREW J. HEFTY (Cal. Bar No. 220450)
4     heftya@sec.gov
    MARC D. KATZ (Cal. Bar No. 189534)
5     katzma@sec.gov
    SECURITIES AND EXCHANGE COMMISSION
6   44 Montgomery Street, Suite 2800
    San Francisco, CA 94104
7   T: (415) 705-2500
    F: (415) 705-2501
8
    ERIC M. BROOKS (Cal. Bar No. 209153)
9     brookse@sec.gov
    SECURITIES AND EXCHANGE COMMISSION
10  33 Arch Street, 23rd Floor
    Boston, MA 02110-1424
11  (617) 573-8900

12

13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17

18  SECURITIES AND EXCHANGE COMMISSION,      Case No. 3:18-cv-05080-JST

19                Plaintiff,                  **NOTICE OF WITHDRAWAL OF COUNSEL**

20        vs.

21  MICHAEL B. ROTHENBERG, *et al*.,

22                Defendants.

23

24

25

26

27

28

PLEASE TAKE NOTICE that as of May 14, 2019, E. Barrett Atwood will no longer be associated with Plaintiff Securities and Exchange Commission.  Please remove E. Barrett Atwood from the case docket and the Notice of Electronic Filing System.

DATED:  May 28, 2019                                      Respectfully Submitted,


                                                         /s/ *Marc D. Katz*
                                                         Marc D. Katz
                                                         SECURITIES AND EXCHANGE
                                                         COMMISSION
                                                         44 Montgomery Street, Suite 2800
                                                         San Francisco, CA 94104
                                                         Attorney for Plaintiff