C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
 pendreyj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
 heftya@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
 katzma@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
 brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
(617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST |
| Plaintiff, | **SEC'S PROOF OF SERVICE** |
| vs. | |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") hereby files its proof of service of the NOTICE OF WITHDRAWAL OF COUNSEL [ECF No. 81] on *pro se* Defendant Michael B. Rothenberg.

Dated: May 28, 2019                    Respectfully submitted,

/s/ *Marc D. Katz*
Marc D. Katz
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
Securities and Exchange Commission

## DECLARATION OF SERVICE

I, John Stearns, am a citizen of the United States, over 18 years of age and not a party to this action. On May 28, 2019, I served the following document:

- **NOTICE OF WITHDRAWAL OF COUNSEL** [ECF No. 81]

via regular mail and email on the following:

>Mike Rothenberg
>712 Bryant Street, Unit 6
>San Francisco, CA  94107
>(415) 761-1062
>mrothenberg@rothenberg.co

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California, on May 28, 2019.

/s/ *John Stearns*
John Stearns