# EXHIBIT 4



# Rothenberg Ventures 2016 Fund – LP Update

*August 21, 2018*

Dear Rothenberg Ventures Limited Partners:

I hope you are all enjoying the summer and having some relative peace and quiet. Meanwhile at Rothenberg Ventures, we have several important updates for you.

## ROTHENBERG VENTURES MANAGEMENT TEAM UPDATE

First of all, I'm extremely pleased on behalf of all of us – LPs and the management team – to announce that we anticipate adding 2-3 executives to the Rothenberg Ventures management team over the upcoming days and weeks.  LP advisor Burke Robinson is planning to officially join me on the management team at Rothenberg Ventures by next week or shortly thereafter.  Many of you already know Burke.  For those who don't, Burke has decades of consulting experience as well as teaching at Stanford University, where we originally met and where I first had the privilege of receiving mentorship from him.

Burke is a natural choice for the management team because, in addition to cultivating relationships with numerous LPs in his role as LP advisor, he is economically aligned with multiple personal investments in the funds as well as the management company itself.  Burke has also been invaluable to me personally over the years in providing guidance and support in behalf of the funds and all LPs, and I believe it is a huge win for all of us to have him join our Rothenberg Ventures leadership team.  We anticipate that Burke will focus on investor relations and helping to open the lines of communication, and in doing so will provide much-needed bandwidth better support the fund portfolios and especially you as LPs.

## CONCLUSION OF S.E.C. MATTER WITH SETTLEMENT

After approximately two grueling years, we've finally reached a settlement with the S.E.C. that concludes this extremely expensive and taxing process and allows Rothenberg Ventures and our LPs to focus back on the funds and our world-class portfolio.  Officially and as part of the agreement, we have agreed to "neither admit or deny" any of the allegations made in the complaint. Instead, we will let the actual evidence speak for itself.  Personally as part of the agreement, I have committed to refrain from serving as an investment advisor until I am 39 years old at which time I may apply to be an investment advisor (should I choose to do so).  I believe it is material to disclose that I have never been a registered investment advisor, nor required to be registered, due to Rothenberg Ventures' exempt venture capital status.  I have made this choice after consulting with LPs and advisors and concluded that at this point it is in the best interest of the LPs to agree to transition the fund management.  This is another opportunity for me to personally take one for the team so that the funds and LPs can move forward fruitfully. You can read more about this from the exchange's unique point of view here.



# SILICON VALLEY BANK SUED FOR FRAUD, DECEIT, AND NEGLIGENCE FOR THEIR ACTIONS BEGINNING IN 2015

Through Rothenberg Ventures' internal investigation we learned that SVB circumvented their internal controls to engage in an unauthorized financial transaction that resulted in damages to the funds, the management company, and me personally in excess of one hundred million dollars. Through this unauthorized transfer, SVB transferred millions of dollars into the wrong account, thereby creating the false appearance that the management company and/or I personally had embezzled money from the 2015 Fund. In fact, the 2015 Fund still has $3,700,000 of cash at SVB even as of today.

Accordingly this week, Rothenberg Ventures and Rothenberg Ventures Funds have filed suit against Silicon Valley Bank and have demanded a significant monetary payment for damages SVB's intentional actions inflicted. Via the LPA, the LPs bestowed to me as fund manager the authority to take this action, whereby I also have the fiduciary obligation to file this lawsuit in behalf of the funds and LPs. After consulting with advisors and counsel, I as the fund manager have come to understand that the fact pattern and magnitude of the damage caused by SVB's actions indicates that the expected value of the suit also justifies the funds' investment in Quinn Emmanuel to make this happen. I'd like to personally recognize and give special thanks to Rothenberg Ventures LP Jeff Nardinelli, who is also a talented attorney at Quinn Emmanuel and has been helping us for months. Jeff also introduced us to the highly-respected John Potter, the Partner at Quinn Emmanuel who (along with Jeff) filed the complaint on behalf of the funds.

You can read more about this from the complaint itself (**Exhibit A**) and from press coverage (**Exhibit B**).

# ROTHENBERG VENTURES' ADDITIONAL UPDATES

**K1s:** Approximately two-thirds to three-quarters of K1s have been completed and distributed. If you are still waiting for yours, we expect it to be sent to you between <u>August 31, 2018</u> and <u>September 10, 2018</u>.

**LP meeting**: We anticipate hosting our next LP meeting on or around <u>September 12, 2018</u> in San Francisco. As soon as the date is finalized, we will let you know.

**Forensic accountants:** Rothenberg Ventures has engaged with forensic accountants to help out with onboarding managers, assist with clarifying certain facts, and to provide some information to LPs by the end of this calendar year.

**More information**: Please stay tuned for more updates and announcements in the upcoming days and weeks. Thank you for your support, and for your patience to help us get to this point!



Sincerely,

Michael B. Rothenberg
CEO, Rothenberg Ventures LLC
Manager, Rothenberg Ventures 2016 Funds