# EXHIBIT 5

Michael B. Rothenberg
mrothenberg@rothenberg.co
712 Bryant Street, Unit #6
San Francisco, California 94107
Telephone:     (415) 761-1062

*PRO SE* DEFENDANT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL, LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY LLC),<br><br>Defendants. | Case No. 3:18-cv-05080-JST<br><br>DEFENDANT, MICHAEL B. ROTHENBERG'S RESPONSES TO PLAINTIFF SEC'S FIRST SET OF INTERROGATORIES |

PROPOUNDING PARTY:   PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

RESPONDING PARTY:     MICHAEL B. ROTHENBERG

SET NO.:                One

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Michael B. Rothenberg ("Mr. Rothenberg" or "Responding Party") hereby responds to Plaintiff Securities and Exchange Commission's (the "SEC") First Set of Interrogatories, served December 18, 2018. Discovery is ongoing and Responding Party reserves the right to amend its responses.

**REDACTED**

**INTERROGATORY NO. 6:**

Identify the amount, source and date all income received by you equal to or greater than $5,000 cumulative for the time period January 1, 2017 and the present.

**RESPONSE TO INTERROGATORY NO. 6:**

Subject to my preliminary statement, I respond as follows:

I have not yet filed personal income tax returns for 2017 or 2018 and I have not calculated my personal income for the period since January 1, 2017. Generally, I relied on payments of money that was either loaned to me or owed to me from various sources during this period of time.

**REDACTED**