# EXHIBIT 6



P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROTHENBERG INVESTMENT CO LLC
1062 FOLSOM ST STE 200
SAN FRANCISCO, CA  94103-4072

## Your Business Fundamentals Checking

for January 1, 2019 to January 31, 2019

Account number: REDACTED 1761

ROTHENBERG INVESTMENT CO LLC

### Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2019 | $2,012.50 | # of deposits/credits: 2 |
| Deposits and other credits | 25,000.00 | # of withdrawals/debits: 5 |
| Withdrawals and other debits | -395.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -45.00 | Average ledger balance: $12,969.27 |
| **Ending balance on January 31, 2019** | **$26,572.50** | ¹Includes checks paid,deposited items&other debits |

---

Bank of America **Business Advantage**

**Your Digital Tip of the Month**

### Guaranteed bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.

Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.**

LIFE / BETTER CONNECTED®

ARH98YHQ | SSM-03-18-0013.B

SEC-BOA-E-0005233

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

ROTHENBERG INVESTMENT CO LLC   |   Account # REDACTED 1761   |   January 1, 2019 to January 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/08/19 | WIRE TYPE:BOOK IN DATE:190108 TIME:1556 ET TRN:2019010800391295 SNDR REF:1918F1951MZ91I93 ORIG:SH SUITES LLC ID:139100921743 PMT DET:Panic a t the Disco 2-19 Jazz at Warriors 2-12 | 13,000.00 |
| 01/29/19 | WIRE TYPE:BOOK IN DATE:190129 TIME:1541 ET TRN:2019012900408862 SNDR REF:191TF295637H0T85 ORIG:SH SUITES LLC ID:139100921743 PMT DET:2/6/201 9 | 12,000.00 |

**Total deposits and other credits**  $25,000.00

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/03/19 | GUSTO         DES:FEE 945313 ID:6semjnbqiko  INDN:Rothenberg Investment   CO ID:2453942850 CCD | -45.00 |
| 01/14/19 | CHASE CREDIT CRD DES:EPAY      ID:3927519791  INDN:MICAHEL ROTHENBERG    CO ID:5760039224 WEB | -350.00 |

**Total withdrawals and other debits**  -$395.00

---

Bank of America **Business Advantage**                    LIFE / BETTER CONNECTED®

### What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                    SSM-04-18-0052.D1  |  ARHKGJ65

SEC-BOA-E-0005235

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 12/31/18. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- [x] $250+ in new net purchases on a linked Business debit card
- [ ] $250+ in new net purchases on a linked Business credit card
- [ ] $3,000+ minimum daily balance in primary checking account
- [x] $5,000+ average monthly balance in primary checking account
- [x] $15,000+ combined average monthly balance in linked business accounts
- [ ] enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 01/08/19 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 01/09/19 | Wire Transfer Fee | -15.00 |
| 01/30/19 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 2,012.50 | 01/09 | 14,937.50 | 01/29 | 26,587.50 |
| 01/03 | 1,967.50 | 01/14 | 14,587.50 | 01/30 | 26,572.50 |
| 01/08 | 14,952.50 | | | | |



P.O. Box 15284
Wilmington, DE 19850

ROTHENBERG INVESTMENT CO LLC
1062 FOLSOM ST STE 200
SAN FRANCISCO, CA  94103-4072

## Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Fundamentals Checking

for February 1, 2019 to February 28, 2019         Account number: REDACTED 1761
ROTHENBERG INVESTMENT CO LLC

### Account summary

| | |
|---|---|
| Beginning balance on February 1, 2019 | $26,572.50 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -26,045.00 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on February 28, 2019** | **$482.50** |

# of deposits/credits: 0
# of withdrawals/debits: 6
# of items-previous cycle[1]: 0
# of days in cycle: 28
Average ledger balance: $5,764.82

[1]Includes checks paid,deposited items&other debits



Bank of America **Business Advantage**          LIFE / BETTER CONNECTED®

**Thank you for your business.
Here's to your continued success.**

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work with you to help strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

AR634K95 | SSM-01-18-2949.B

SEC-BOA-E-0005237

PULL: E   CYCLE: 67   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA1              Page 1 of 4

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

ROTHENBERG INVESTMENT CO LLC   |   Account # REDACTED 1761   |   February 1, 2019 to February 28, 2019

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 02/04/19 | GUSTO            DES:FEE 059055 ID:6semjndoaml  INDN:Rothenberg Investment   CO ID:2453942850 CCD | -45.00 |
| 02/06/19 | Online Banking Transfer Conf# c4411c796; Rothenberg | -8,500.00 |
| 02/07/19 | WIRE TYPE:BOOK OUT DATE:190207 TIME:0523 ET TRN:2019020600350166 RELATED REF:254538894 BNF:ROTHENBERG GROUP LLC ID:325097638746 | -9,500.00 |
| 02/07/19 | Online Banking Transfer Conf# 147178044; Rothenberg | -8,000.00 |
| **Total withdrawals and other debits** | | **-$26,045.00** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 01/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

Bank of America **Business Advantage**                                          LIFE / BETTER CONNECTED®



**Online Banking**
Tip of the month

**Banking at your fingertips**

Our Mobile Banking app[1] is certified by J.D. Power® for providing "An Outstanding Customer Experience."[2]

To learn more, and download it for free, visit **bankofamerica.com/getmobileapp**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] For J.D. Power award information, visit jdpower.com.
©2018 Bank of America Corporation  |  ARF3TRPR  |  SSM-02-18-0009.B

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 02/07/19 | Wire Transfer Fee | -30.00 |
| 02/07/19 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 26,572.50 | 02/06 | 18,027.50 | 02/07 | 482.50 |
| 02/04 | 26,527.50 | | | | |



P.O. Box 15284
Wilmington, DE 19850

MICHAEL BRENT ROTHENBERG
REDACTED
SAN FRANCISCO, CA REDACTED

**Customer service information**



Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking

for January 24, 2019 to February 20, 2019

**MICHAEL BRENT ROTHENBERG**

Account number: REDACTED 2573

## Account summary

| | |
|---|---|
| Beginning balance on January 24, 2019 | REDACTED |
| Deposits and other additions | |
| ATM and debit card subtractions | |
| Other subtractions | |
| Checks | |
| Service fees | |
| Ending balance on February 20, 2019 | |

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Bank of America

MICHAEL BRENT ROTHENBERG   |   Account # REDACTED 2573   |   January 24, 2019 to February 20, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| REDACTED | | |
| 02/06/19 | Online Banking Transfer Conf# c4411c796; ROTHENBERG INVESTMENT CO LLC, ROTHENBERG | 8,500.00 |
| 02/07/19 | Online Banking Transfer Conf# XXXXXXXXX; ROTHENBERG INVESTMENT CO LLC, ROTHENBERG | 8,000.00 |
| REDACTED | | |

## Withdrawals and other subtractions

Other subtractions

| Date | Description | Amount |
|---|---|---|





### Experience the arts for free

**Get one free general admission** when you show your Bank of America® card and a photo ID at more than 200 cultural institutions on the first full weekend of every month.

Visit bankofamerica.com/ArtsOnUs to learn more and find a participating location near you.

Bank of America ≋   LIFE / BETTER CONNECTED®

## Service fees

Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | REDACTED | |
| Total NSF: Returned Item fees | | |

**To help avoid overdraft and returned item fees, you can set up:**

- Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
- Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|---|---|---|
| REDACTED | | |

Note your Ending Balance already reflects the subtraction of Service Fees.