# EXHIBIT 8



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

## SEC v. Rothenberg - Prejudgment Interest Calculation

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$18,776,800.00** |
| 05/01/2015-06/30/2015 | 3.00% | 0.5% | $94,141.22 | $18,870,941.22 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $142,695.34 | $19,013,636.56 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $143,774.35 | $19,157,410.91 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $142,895.44 | $19,300,306.35 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $191,948.40 | $19,492,254.75 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $195,987.70 | $19,688,242.45 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $197,958.28 | $19,886,200.73 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $196,137.87 | $20,082,338.60 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $200,273.18 | $20,282,611.78 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $204,493.18 | $20,487,104.96 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $206,554.92 | $20,693,659.88 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $204,101.85 | $20,897,761.73 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $260,506.34 | $21,158,268.07 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $266,652.15 | $21,424,920.22 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $270,012.69 | $21,694,932.91 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $320,966.13 | $22,015,899.04 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $329,333.72 | $22,345,232.76 |
| 07/01/2019-07/31/2019 | 5.00% | 0.42% | $94,890.71 | $22,440,123.47 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| **05/01/2015-07/31/2019** | | | **$3,663,323.47** | **$22,440,123.47** |