C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
oriordand@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
schneidere@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
heftya@sec.gov
MARC KATZ (Cal. Bar No. 189534)
katzm@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
(617) 573-8900

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 18-cv-5080-JST |
| Plaintiff, | |
| vs. | DECLARATION OF JEFFERSON R. EPPLER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHEAL B. ROTHENBERG |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), | |
| Defendants. | DATE: October 3, 2019<br>TIME: 2:00 P.M.<br><br>Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA |

Attached is a Declaration from Jefferson R. Eppler dated July 31, 2019, which the SEC submits in support of its Motion for Disgorgement and Penalties.

Dated: July 31, 2019                                    Respectfully submitted,

/s/ *Marc Katz*
Marc Katz
Andrew J. Hefty
Eric M. Brooks

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**DECLARATION OF JEFFERSON R. EPPLER**

I, Jefferson R. Eppler, declare as follows:

1.     I am an attorney admitted to the practice of law in the State of California.  I have personal knowledge of the facts set forth herein, and if sworn to testify, would and could competently testify thereto.

2.     I am one of the two Managers of Rothenberg Ventures LLC ("Rothenberg Ventures").  Burke Robinson is the other Manager.  In the summer of 2018 Michael Rothenberg began asking Mr. Robinson to take a management role at Rothenberg Ventures and the venture capital investment funds managed by Rothenberg Ventures (the "Funds").  Mr. Robinson was at that time and remains today an investor in two of the Funds.  At about the same time an attorney for Mr. Rothenberg began asking me if I would similarly take on a management role at Rothenberg Ventures.  At that time I was outside counsel to Rothenberg Ventures.  On September 11, 2018, Mr. Robinson agreed to serve as a Manager to help the Funds and the Funds' investors.  I agreed to become a Manager and assist Mr. Robinson on October 4, 2018.

3.     Based on Rothenberg Ventures records Mr. Robinson and I reviewed, prior to October 17, 2018, Mr. Rothenberg owned at least 95% of Rothenberg Ventures.  On October 17, 2018, Mr. Rothenberg placed his ownership of Rothenberg Ventures into an irrevocable trust, of which I am the trustee.

4.     The records at Rothenberg Ventures varied in their completeness and organization when I became a Manager.  The records concerning the Funds' investments and the Funds' limited partners were generally in fair shape.  However, the records of transactions between affiliated companies, expenses, employees, and bank records were not complete or organized.

5.     When Mr. Robinson and I became Managers we reviewed the firm's files and records to understand the state of Rothenberg Ventures and the Funds.  We also spoke with and had the assistance of the two employees who remained at the firm at that time.  However, those

employees had to be let go about a month after I became a Manager because Rothenberg Ventures had no funds to pay their salaries.  We also spoke to former employees, such as the former General Counsel, to gather information about Rothenberg Ventures and the Funds.  On average Mr. Robinson and I have each spent about 20 hours a week working on Rothenberg Ventures, and sometimes as much as 40 hours a week.  Our time has been spent, among many other things, reviewing records, organizing files, engaging and working with service providers, communicating with the investors, and working with investors and their counsel to organize investor oversight committees for the Funds.

6.      When I became a Manager, Rothenberg Ventures had no meaningful money in the bank or other assets.  That remains the case today.  Mr. Robinson and I are accruing a salary according to the terms of our Offer Letters, but to date we have not received any compensation for our work.  We may be eligible for other compensation pursuant to the Offer Letters, but that will likely be subject to the approval of the investor oversight committees.  Similarly, the service providers such as the attorneys and accounting professionals that have been performing necessary work for Rothenberg Ventures have not been paid for their work.  There will be money to pay Mr. Robinson and I, as well as the service providers, when and if the investments held by the Funds mature and have liquidity events so that there is cash available in the Funds.  Our current belief is that some of the investments held by the Funds will be successful and will have liquidity events to fund these expenses and provide returns to the investors.  However, there can be no assurance that this will be the case.

7.      Since Mr. Robinson and I became Managers Mr. Rothenberg has had no involvement in the management or affairs of Rothenberg Ventures or the Funds.

8.      Based on the records of Rothenberg Ventures, Mr. Rothenberg, directly or through an entity called the Rothenberg Group, has interest in certain of the Funds.  Those interests are reflected on the chart attached as Exhibit 1.  Based on a valuation of the Funds' investments as of November 2018, an estimated value of Mr. Rothenberg's interests is $2,078,738.

9.      Mr. Rothenberg placed the ownership of Rothenberg Ventures in an irrevocable trust, for which I am the trustee.  According to the terms of the trust document, ownership of Rothenberg Ventures will revert to an entity that I believe is owned by Mr. Rothenberg at such time as Rothenberg Ventures no longer serves as the general partner of any of the Funds.  If, at that time, Rothenberg Ventures retains any assets, Mr. Rothenberg would control those assets by virtue of his control of River Ecosystems LLC.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California this 31st day of July, 2019.

_____
JEFFERSON R. EPPLER

## **EXHIBIT 1**

|  | Percentage Owned | Value[1] |
|---|---|---|
|  |  |  |
| M. Rothenberg - Fund I | 0.233827% | $77,738 |
| M. Rothenberg - Fund II | 2.535002% | $333,990 |
| Rothenberg Group 2015 Fund | 2.651658% | $491,773 |
| Rothenberg Group 2016 Fund | 8.191686% | $1,175,237 |
|  |  |  |
| Total |  | $2,078,738 |

11204\001\8497347.v3

---

[1] Value is based on the Rothenberg Ventures records reflecting values of investments held by the Funds as of November 2018.