C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
oriordand@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
schneidere@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
heftya@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
(617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC), <br><br> Defendants. | Case No. 3:18-cv-05080-JST <br><br> PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S PROOF OF SERVICE |

Plaintiff Securities and Exchange Commission hereby files its proof of service of the following documents:

- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No. 83];

- [PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No.83-1];

- DECLARATION OF GERALD T. FUJIMOTO IN SUPPORT OF SEC'S MOTION FOR DISGORGEMENT AND PENALTIES, WITH ATTACHED EXHIBIT A [ECF Nos. 84 and 84-1];

- DECLARATION OF ERIC M. BROOKS IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG, WITH ATTACHED EXHIBITS 1- 10 [ECF Nos. 85 and 85-1 through 85-10];

- DECLARATION OF JEFFERSON R. EPPLER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No. 86]

on *pro se* Defendant Michael B. Rothenberg.

Dated: July 31, 2019                    Respectfully submitted,

                                        /s/ *Andrew J. Hefty*
                                        Andrew J. Hefty
                                        Marc D. Katz
                                        Eric M. Brooks

                                        Attorneys for Plaintiff
                                        Securities and Exchange Commission

**DECLARATION OF SERVICE**

I, Karl Roeseler, am a citizen of the United States, over 18 years of age and not a party to this action. On July 31, 2019, I served the following documents:

- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No.83];

- [PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No.83-1];

- DECLARATION OF GERALD T. FUJIMOTO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG, WITH ATTACHED EXHIBIT A [ECF Nos.84 and 84-1];

- DECLARATION OF ERIC M. BROOKS IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG, WITH ATTACHED EXHIBITS 1- 10 [ECF Nos. 85 and 85-1 through 85-10];

- DECLARATION OF JEFFERSON R. EPPLER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No. 86]

via email and regular mail on the following:

Michael B. Rothenberg
712 Bryant Street, Unit 6
San Francisco, CA  94107
mrothenberg@rothenberg.co

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on July 31, 2019

/s/ *Karl Roeseler*
Karl Roeseler

PROOF OF SERVICE                                          CASE NO. 18-cv-05080-JST