C. DABNEY O'RIORDAN (Cal. Bar No. 205158)
oriordand@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
schneidere@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
heftya@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
T: (415) 705-2500
F: (415) 705-2501

ERIC M. BROOKS (Cal. Bar No. 209153)
brookse@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110-1424
T: (617) 573-8900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY, LLC),<br><br>Defendants. | Case No. 3:18-cv-05080-JST<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S PROOF OF SERVICE |

Plaintiff Securities and Exchange Commission hereby files its proof of service of the following documents:

- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REPLY IN SUPPORT OF MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No. 91];

- SUPPLEMENTAL DECLARATION OF GERALD T. FUJIMOTO IN SUPPORT OF SEC'S MOTION FOR DISGORGEMENT AND PENALTIES [ECF No. 92]

on *pro se* Defendant Michael B. Rothenberg.

Dated: September 4, 2019                    Respectfully submitted,

/s/ *Andrew J. Hefty*
Andrew J. Hefty
Marc D. Katz
Eric M. Brooks

Attorneys for Plaintiff
Securities and Exchange Commission

**DECLARATION OF SERVICE**

I, Karl Roeseler, am a citizen of the United States, over 18 years of age and not a party to this action. On September 4, 2019, I served the following documents:

- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REPLY IN SUPPORT OF MOTION FOR DISGORGEMENT AND PENALTIES AGAINST DEFENDANT MICHAEL B. ROTHENBERG [ECF No. 91];

- SUPPLEMENTAL DECLARATION OF GERALD T. FUJIMOTO IN SUPPORT OF SEC'S MOTION FOR DISGORGEMENT AND PENALTIES [ECF No. 92]

via email and regular mail on the following:

Michael B. Rothenberg
712 Bryant Street, Unit 6
San Francisco, CA  94107
mrothenberg@rothenberg.co

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on September 4, 2019

/s/ *Karl Roeseler*
Karl Roeseler

PROOF OF SERVICE                                           Case No. 18-cv-05080-JST