UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL B. ROTHENBERG, et al.,<br><br>    Defendants. | Case No. 18-cv-05080-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 83 |

Before the Court is Plaintiff's motion for disgorgement and penalties. ECF No. 83. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 9, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 30, 2019

_____
JON S. TIGAR
United States District Judge