Michael B. Rothenberg
mrothenberg@mrothenberg.co
712 Bryant Street, Unit #6
San Francisco, California 94107
Telephone:  (415) 761-1062

PRO SE DEFENDANT



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL, LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY LLC),<br><br>Defendants. | Case No. 18-cv-05080-JST<br><br>DEFENDANT, MICHAEL B. ROTHENBERG'S MOTION FOR RECONSIDERATION OF ORDER VACATING HEARING |

Defendant Michael B. Rothenberg hereby respectfully moves the Court to reconsider its Order Vacating Hearing filed on September 30, 2019:

FACTUAL BACKGROUND

The Securities and Exchange Commission (the "SEC") has moved against me for disgorgement and penalties. In my opposition brief, among other things, I argued that the law does not allow for the sort of disgorgement remedy the SEC seeks and I also argued that their penalty request was excessive under the circumstances. I believe there are various points to be made against the excessive penalty request and in mitigation.

This motion has been pending before the Court for several months. In this fight of and for my professional and personal life, I have not yet had the opportunity to address the Court

personally. On September 30, 2019, the Court issued the Order Vacating Hearing, thus ensuring that I would be deprived of my opportunity to address the Court in oral argument and that Your Honor would not have the chance to hear about me and my side of the story from my own mouth, or to ask me questions directly, which is important to me and potentially valuable to Your Honor.[1]

## LEGAL ARGUMENT

Under Local Rule 7-1(b), it is admittedly the case that "a motion may be determined without oral argument" in the "Judge's discretion." But while the Court certainly has that discretion, I would respectfully ask the Court to reconsider the exercise of its discretion to allow me to appear personally at oral argument on the motion.

I have not had the opportunity to address the court in person and would like to do so before a final judgment is rendered in this case. It may be that the Court is concerned about the orderly nature of such a hearing, given that I am representing myself. I respect the Court and represent to the Court that I will not be disruptive – in fact, I have anticipated this opportunity and thus have been spending the last several months learning about the Court's processes in an effort to not be disruptive, at least to the maximum extent possible for a Pro Se defendant. Additionally, I have no intention to bring before the Court things that have nothing to do with the pending motion and will use the Court's time as efficiently as I can.

The Court should also please consider that it will be more informed in ruling on the pending motion if it gets to hear the arguments from me personally — I hope to make a positive impression on the Court in making my presentation and would greatly appreciate the opportunity to do so at least once before a decision is rendered.

## CONCLUSION

For the foregoing reasons, I ask the Court to exercise its discretion to allow me to appear personally to make an oral argument on my behalf on the pending motion.

---

[1] The first time I became aware of the Court's order was the morning of October 2, the same day I am filing this motion. The SEC emailed me a courtesy copy at 9:20am today.

1 | DATED: October 2, 2019

Respectfully submitted,

*[signature]*

Michael B. Rothenberg
*PRO SE* DEFENDANT

RECEIVED

2019 SEP 32 P 4: 44

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.