Name: Michael B. Rothenberg

Address: 712 Bryant St, Unit 6

San Francisco CA 94107

Phone Number: (415) 761-1062

E-mail Address: mrothenberg@rothenberg.co

*Pro Se*

**RECEIVED**

**OCT - 2 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

vs.

MICHAEL B. ROTHENBERG, et al.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 18-cv-05080-JST

[~~PROPOSED~~] **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: October 7, 2019

_____
United States District/~~Magistrate Judge~~