

# Letter Providing Supplemental Authority

November 1, 2019

Honorable Judge Jon S. Tigar
United States District Courthouse
1301 Clay Street, Oakland, CA 94612

Re:  4:18-cv-05080-JST

**Securities and Exchange Commission v. Frontier Technology Ventures and Pro Se Defendant Michael Rothenberg et al**

Your Honor:

I am writing about the summary judgment motion pending before the Court in the above referenced case to bring a recent development to the Court's attention.  One very important issue raised in my opposition to the SEC's motion is whether the SEC may obtain an order of disgorgement against me where that disgorgement would be a penalty.

The Supreme Court recently granted review of a case from the Ninth Circuit that raises the same issue, *Charles Liu, et al. v. SEC,* No. 18-1501 (U.S. Supreme Court, November 1, 2019).  I thought that the Court should be aware that the disgorgement issue is now pending at the Supreme Court before it ruled on the pending motions.  Attached for the Court's convenience is the decision from the Ninth Circuit that the Supreme Court agreed to review.

Respectfully,

Michael B. Rothenberg
Pro Se Defendant