UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

Name of U.S. District Court: Northern District of California, San Francisco Div.

U.S. District Court case number: 18-cv-05080-JST

Date case was first filed in U.S. District Court: August 20, 2018

Date of judgment or order you are appealing: December 20, 2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes   ☒ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

MICHAEL B. ROTHENBERG

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

712 Bryant Street

Unit #6

City: San Francisco   State: CA   Zip Code: 94107

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*   Date: February 7, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> MICHAEL B. ROTHENBERG

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> SECURITIES AND EXCHANGE COMMISSION

Name(s) of counsel (if any):

> C. Dabney O'Riordan (Cal. Bar No. 205158), Erin E. Schneider (Cal. Bar No. 216114), Andrew J. Hefty (Cal. Bar No. 220450), Marc Katz (Cal. Bar No. 189534

Address: 44 Montgomery Street, Suite 2800

Telephone number(s): (415) 705-2500

Email(s): oriordand@sec.gov, schneidere@sec.gov, heftya@sec.gov, katzm@sec.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*