UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG, et al.,<br><br>Defendants. | Case No. 18-cv-05080-JST<br><br>**ORDER SETTING NEW DEADLINE TO RESPOND TO NOTICE OF RELATED CASE**<br><br>Re: ECF No. 103 |

On July 6, 2020, the Court received notice of a related case in a criminal action. ECF No. 103. The court set the deadline to respond to the notice of a related case for seven days after either a lawyer was appointed in the criminal case or it was determined that Rothenberg would be proceeding in propria persona. ECF No. 104. The Court notes that on October 21, 2020, Rothenberg filed in the criminal action a notice of his objection to the related case designation. *See United States v. Rothenberg*, No. 20-cr-266-WHA, ECF No. 22. On November 16, 2020, counsel was appointed to represent Rothenberg in the criminal case. *Id.* ECF No. 30. Rothenberg has fourteen days from the date of this order to file any additional response to the notice of related case.

**IT IS SO ORDERED.**

Dated: November 20, 2020

_____
JON S. TIGAR
United States District Judge