UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | No. 20-15199 |
| Plaintiff - Appellee, | D.C. No. 4:18-cv-05080-JST U.S. District Court for Northern California, Oakland |
| v. | |
| MICHAEL BRENT ROTHENBERG, | **ORDER** |
| Defendant - Appellant, | |
| and | |
| ROTHENBERG VENTURES LLC, FKA Frontier Technology Venture Capital LLC, FKA Rothenberg Ventures Management Company, LLC, | |
| Defendant. | |

A review of the docket demonstrates that appellant has failed to file the opening brief in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7